# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN T. MARTIN, an individual; JOHNATHON R. MARTIN, an individual; BRADLEY D. KEYES, and individual; and MARTY BOGER, an individual<br><br>Plaintiffs,<br><br>versus<br><br>SPRING BREAK '83 PRODUCTIONS, LLC, a California Limited Liability Company; SPRING BREAK '83 DISTRIBUTION, LLC, a California Limited Liability Company; BIG SKY MOTION PICTURES, L.L.C., California Limited Liability Company; SPRING BREAK 83 LOUISIANA, L.L.C., a Louisiana Limited Liability Company; GEORGE BOURS, an individual; JOHN HEREMANSEN, an individual; MARS CALLAHAN, an individual; RANDY CHORTKOFF, an individual,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:09-cv-07520 HGB-KWR |

_____

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

**NOW INTO COURT,** through undersigned counsel, comes Defendants, SPRING

BREAK '83 PRODUCTION, LLC, a California Limited Liability Company; SPRING

BREAK '83 DISTRIBUTION, LLC, a California Limited Liability Company; BIG SKY

MOTION PICTURES, LLC, a California Limited Liability Company; SPRING BREAK '83

LOUISIANA LLC, a Louisiana Limited Liability Company; GEORGE BOURS, an

{N2295697.1}

individual; JOHN HERMANSEN, an individual; MARS CALLAHAN, an individual; and RANDY CHORTKOFF, and upon suggesting to this Honorable Court that there are no material facts in dispute and that they are entitled to judgment as a matter of law, respectfully move the Court, pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, to enter summary judgment in their favor, thereby dismissing Plaintiff's Complaint with prejudice, at Plaintiff's costs, for the reasons explained more fully in the attached memorandum of law.

Respectfully submitted,


 /s/ Joseph F. Lavigne
Thomas P. Hubert  (LA #19625)
Joseph F. Lavigne  (LA #28119)
David K. Theard  (LA #31987)
***Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.***
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8610
Facsimile:  (504) 589-8610
thubert@joneswalker.com
jlavigne@joneswalker.com
dtheard@joneswalker.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2011, I electronically filed the foregoing

*Defendants' Motion for Summary Judgment* with the Clerk of Court using the CM/ECF

System which will send notification of such filing to all counsel of record listed below:

Michael L. Tracy
Megan Ross Hutchins
Law Offices of Michael Tracy
2030 Main Street, Suite 1300
Irvine, California  92614
Telephone:  (949) 260-9171
Facsimile:  (866) 365-3051

Alan Kansas
The Law Office of Alan Kansas, LLC
1743 Stumpf Boulevard, Suite 200
Gretna, Louisiana  70056
Telephone:  (504) 210-1150
Facsimile:  (504) 617-6525


　　　　　　　　　　 /s/ Joseph F. Lavigne