UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN T. MARTIN, an individual; JOHNATHON R. MARTIN, an individual; BRADLEY D. KEYES, and individual; and MARTY BOGER, an individual<br><br>                    Plaintiffs,<br><br>versus<br><br>SPRING BREAK '83 PRODUCTIONS, LLC, a California Limited Liability Company; SPRING BREAK '83 DISTRIBUTION, LLC, a California Limited Liability Company; BIG SKY MOTION PICTURES, L.L.C., California Limited Liability Company; SPRING BREAK 83 LOUISIANA, L.L.C., a Louisiana Limited Liability Company; GEORGE BOURS, an individual; JOHN HEREMANSEN, an individual; MARS CALLAHAN, an individual; RANDY CHORTKOFF, an individual,<br><br>                    Defendants. | CASE NO. 2:09-cv-07520 HGB-KWR |

---

### DECLARATION OF JOHN HERMANSEN

Pursuant to 28 U.S.C. § 1746, I, John Hermansen, hereby declare under penalty of perjury that I am a person of sound mind who is more than 18 years of age and capable of making this Declaration, and I hereby further declare under penalty of perjury that the following statements are true and correct and are based on my personal knowledge of the facts and business records referenced herein:

{N2295839.1}                                   **Exhibit D**

1. I am John Hermansen, and I was employed as a producer with Spring Break '83 Louisiana, LLC, starting in April of 2008. I am also familiar with the legal structure of the various entities used to raise funds, produce, and distribute the movie *Spring Break '83*. There were three entities formed to achieve this goal. Spring Break '83 Production, LLC was formed to raise the funds needed to produce the movie and was used for that purpose. Spring Break '83 Distributors, LLC was formed to raise money for the publicity and advertising of the film and was used for that purpose. Spring Break '83 Louisiana, LLC was formed to produce the film. Spring Break '83 Louisiana, LLC was responsible for hiring, firing, and supervising all crew members, including the Plaintiffs. That entity signed a Collective Bargaining Agreement ("CBA") with the IATSE union which governed the terms and conditions of employment for all crew members, including Plaintiffs. The Line Producer, Joy Czerwonky, signed the CBA on behalf of Spring Break '83 Louisiana, LLC and was the supervisor of all departments of the production, including the direct supervision of the Plaintiffs. Neither Spring Break '83 Production, LLC nor Spring Break '83 Distribution, LLC had any involvement with the production of the film *Spring Break '83*. Specifically, neither of those entities was responsible for hiring, supervising, paying, and/or terminating any employee of Spring Break '83 Louisiana, LLC.

2. I was not involved with the shooting and production of *Spring Break 83* in Louisiana.

3. I was employed by River Sig, L.L.C. for the production of a television show named *Casting Call*.

4. I was also employed by Spring Break 83 Louisiana, L.L.C. as a producer but was largely responsible for the editing, music and post-production aspects of the film.

5. I did not hire Plaintiffs or change Plaintiffs' pay for Spring Break 83 Louisiana, L.L.C..

6. I did not make any recommendations regarding the hiring of the Plaintiffs.

7. I did not make decisions regarding the Plaintiffs' pay, and did not supervise the Plaintiffs.

8. I in no way acted directly in the interests of Spring Break 83 Louisiana, L.L.C. as it related to the employment, and in this case, payment of the Plaintiffs.

9. Once the union filed a grievance (after the production concluded), George Bours and I were primarily responsible for attempting to resolve the dispute.

10. All of the Plaintiffs were paid pursuant to the settlement agreement with the union and all Plaintiffs cashed the settlement checks.

11. This concludes my declaration which consists of three pages.

_____
John Hermansen

5-9-11
Date